ORIGINAL

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

KUNTZ, J.

for the

Eastern District of New York

BLOOM, M.J.

SUBI MEHMETI

Case No. **CV 19 - 00263**

*(to be filled in by the Clerk's Office)*

_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

-v-

Company; JOFAZ TRANSPORTATION ,Inc.

_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued.  If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

RECEIVED

JAN 14 2019

PRO SE OFFICE

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | SUBI   MEHMETI |
| Street Address | 901    73 Street    Apt # D 205 |
| City and County | Brooklyn |
| State and Zip Code | NY 11228 |
| Telephone Number | (347) 277 5969 |
| E-mail Address | X |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | Company; JOFAZ TRANSPORTATION ,Inc. |
| Job or Title *(if known)* | School Buses |
| Street Address | 1 Coffey Street, |
| City and County | Brooklyn |
| State and Zip Code | NY 11231 |
| Telephone Number | (718) 852  0286 |
| E-mail Address *(if known)* | X |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Diagnostic and surgery; "cancer in the head" Facts with records Hospital  Doctor with legal abilities;   Family and Medical Leave Act of 1993; 29 U.S.C. § 2601; 29 USC § 2611(11)
Congress ; 1993 (Pub. L . 103–3; 29 U.S.C. sec. 2601; 29 CFR 825)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* ___SUBI MEHMETI___ , is a citizen of the State of *(name)* ___NEW YORK___ .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.     If the defendant is a corporation

The defendant, *(name)* Company: JOFAZ transportation,Inc , is incorporated under

the laws of the State of *(name)* NEW YORK , and has its

principal place of business in the State of *(name)* NEW YORK .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Discrimination and retaliation by the employer; From 3 October 2012 until today, January 2019; They are 6 years and 4 months  I lost all my earnings, monthly and yearly, from work.
i). until today; 76 months x monthly salary 4.500 = the amount  $ 342.000
ii). The cause unemployment, brought to me depression" This is for me colossal damage "
iii). Health consequences and unemployment brought total destruction as a family

## III.     Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

This is a Civil Case, It is due to discrimination and retaliation by the employer, for "serious health condition"  (incapacitation).
i).  Diagnostic and surgery; "cancer in the head"  a). Date of health paralysis October 3, 2012,     b). Date Discrimination and Retaliation the from Employer  October 3, 2012, the same day that I was terminated from work.    c). From October 3, 2012.the last day of work until October 25,2012., I am, diagnosed with cancer in the head without interruption, records of the hospital Record page 109.    d). Surgery, cancer in the head  October 25, 2012;  i). The company was involved, according to the law, Employer "FMLA" 1993    ii). I was involved, according to the law - Eligible employee,  facts record Hospital, everything under federal laws indicates for  "serious health condition"(The company violated all Federal Laws)

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The company committed a deliberate violation of all federal laws "FMLA" 1993,   everything premeditated, the consequences are very big and tragically for me,     (a). From this tragedy, I passed the total destruction of the economy, from 3 October 2012 until today, January 2019, I lost all my income, weekly, monthly, yearly. "Total economic destruction";
 (b). These were the scandalous actions, destructive actions of my dignity image as an employee who was willing to work in the future, with actionable consequences for all my life, and especially for the age I had at that time 58 old;     (c). From 28 November 2012 to 23 May 2016 I have spent a lot of money,  the fees of lawyers  in all proceedings judicial in court(Extension of procedures 3 years and 6 months ).

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

d). Discrimination and Retaliation from the employer, the damaged image as a worker, the long term unemployment, brought unavoidable stress with many consequences such as depression. From October 10, 2013, ongoing without interruption I'm under the medical care of a doctor, Name Nabil Rizk, M.D. Board Certified Psychiatrist. (This is a huge health and economic damage, irreparable)

e). The above consequences, they continue until the total destruction with the family, all this tragedy came as a result (due to discrimination and retaliation by the employer, Company Jofaz Transportation, Inc., for a Serious health condition (incapacitation).

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     January 14, 2019

Signature of Plaintiff

Printed Name of Plaintiff     Subi Mehmeti

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address